RECEIVED
IN MONROE, LA

MAY 0 5 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

for

## Western District Of Louisiana

U.S.A. vs.    Waters Jr, Walter J    Docket No.    0536 3:05CR30029-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW  LISA L. JOHNSON, SUPERVISING U. S. PROBATION OFFICER presenting an official report upon the conduct of defendant Walter J Waters who was placed under pretrial release supervision by the Honorable Karen L. Hayes sitting in the court at Monroe, Louisiana, on the 6th day of December 2005, under the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
2. Maintain and actively seek employment.
3. Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Walter J. Waters committed the new offense of Possession of Marijuana With Intent to Distribute, Possession of Ecstasy and Improper Lane Usage on May 3, 2006 by the Louisiana State Police.

### PRAYING THAT THE COURT WILL ORDER
the issuance of a warrant for Walter J. Waters and show cause why if any,  his bond supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _____5_____ day
of __May__ , 2006  and ordered filed and
made a part of the records in the above case.

_____
Karen L. Hayes
U.S. District Magistrate Judge

Respectfully,

_____
Lisa L. Johnson
Supervising U.S. Probation Officer

Place __Monroe, LA__

Date __5/4/06__