RECEIVED
IN MONROE, LA
AUG 2 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 3:05-cr-30029 |
| | CIVIL DOCKET NO. 3:07-cv-0861 |
| VS. | JUDGE JAMES |
| WALTER J. WATERS, JR. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 24 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE